This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**KENNETH ORTHMAN,**

     Petitioner-Appellee,

v.                                         **NO. 31,260**

**KRISTI ORTHMAN,**

     Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF UNION COUNTY**
**John M. Paternoster, District Judge**

Beck & Cooper
Robert O. Beck
Clayton, NM

for Appellee

Donald Schutte
Tucumcari, NM

for Appellant

Kamm & McConnell, LLC
Terrence R. Kamm
Raton, NM

Guardian Ad Litem

**MEMORANDUM OPINION**

**VANZI, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed, and in fact, Appellant has filed a Consent to Proposed Disposition. Mandate shall issue forthwith.

DISMISSED.

**IT IS SO ORDERED.**

_____

**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____

**CELIA FOY CASTILLO, Judge**

_____

**RODERICK T. KENNEDY, Judge**